

29 BROADWAY, SUITE 2400
NEW YORK, NEW YORK 10006
(212) 952-0602
www.brualdilawfirm.com

May 6, 2014

BY ECF
The Honorable Joel A. Pisano
Clarkson S. Fisher Building & United States Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    *Timothy Davidson v. BlackRock Advisors, LLC*, **3:14-cv-02863-JAP-DEA**
            *Clancy v. BlackRock Investment Management, LLC*, **3:14-cv-01165-JAP-DEA**
            *Foote v. BlackRock Advisors, LLC*, **3:14-cv-01991-JAP-DEA**
            *Fox v. BlackRock Advisors, LLC*, **3:14-cv-02097-JAP-DEA**

Dear Judge Pisano:

    We represent Plaintiff Timothy Davidson[1] in the action captioned *Timothy Davidson v. BlackRock Advisors, LLC*, 3:14-cv-02863-JAP-DEA (the "*Davidson* Action"), filed earlier today. The *Davidson* Action is related to the following actions pending before the Court: (i) *Clancy v. BlackRock Investment Management, LLC*, 3:14-cv-01165-JAP-DEA (the "*Clancy* Action"), (ii) *Foote v. BlackRock Advisors, LLC*, 3:14-cv-01991-JAP-DEA (the "*Foote* Action") and (iii*) Fox v. BlackRock Advisors, LLC*, No. 3:14-cv-02097-JAP-DEA (the "*Fox* Action").

    We understand that the parties to the *Clancy*, *Foote* and *Fox* Actions have filed a stipulation and proposed order which seek to consolidate those actions and appoint a lead and local counsel (the "Lead Counsel Stipulation"). Given that Plaintiff Davidson will be filing a motion later this week seeking, *inter alia*, to consolidate the captioned actions and the appointment of Davidson's counsel as lead and local counsel, he respectfully requests that the Court delay signing the Lead Counsel Stipulation until his motion can be considered by the Court.

    Thank you for your consideration.

                                            Respectfully submitted,
                                            s/ Richard B. Brualdi
                                            Richard B. Brualdi

---

[1] Mr. Davidson, in his capacity as trustee on behalf of the West Putnam Avenue Trust, owns shares of BlackRock Global Allocation Fund, Inc. (the entity whose interests each of the captioned actions seeks to protect) valued at approximately $1,031,029.66, which appears to make him the largest investor to file suit. *See In re Merck & Co. Sec. Litig.*, 432 F.3d 261, 266 (3d Cir. 2005) (noting that the theory underlying the PSLRA's requirement that courts appoint as lead plaintiff the plaintiff with the most money at stake" was that "plaintiffs with the largest financial interests, typically institutional investors, will best represent the plaintiff class's interests and will choose the best counsel")