

**Zwerling, Schachter & Zwerling, LLP**
Counselors at Law

**Andrew W. Robertson**
arobertson@zsz.com

41 Madison Avenue
New York, NY 10010
tel. 212•223•3900
fax 212•371•5969

New York

Long Island

Seattle

May 7, 2014

**BY ECF AND FEDERAL EXPRESS**

Hon. Joel A. Pisano
United States District Judge
Clarkson S. Fisher Federal Building
& U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

      Re:    *In re BlackRock Mutual Funds Advisory Fee Litig.*,
                 Master File No. 3:14-cv-01165-JAP-DEA

Dear Judge Pisano:

    We are Lead Counsel to Plaintiffs in the above-captioned action (the "Consolidated Litigation"). We write in response to the letter submitted on May 6, 2014, by Richard Brualdi, counsel to plaintiff in *Davidson v. BlackRock Advisors, LLC*, 3:14-cv-02863-JAP-DEA (D.N.J.) (the "Related Action"), which was filed yesterday and has been assigned to Your Honor.

    Mr. Brualdi's request that Your Honor delay signing the Stipulation and [Proposed] Order Consolidating Cases and Establishing a Leadership Structure for Plaintiffs' Counsel filed by the parties in the Consolidated Litigation on May 2, 2014 (the "Stipulation and Order") so that his client can file a separate motion to consolidate is moot. Your Honor signed the Stipulation and Order on May 5, 2014 (Dkt. No. 19).

    Because the Related Action involves common issues of law and fact, pursuant to paragraph 4 of the Stipulation and Order, it is consolidated with the Consolidated Litigation for all purposes. Enclosed is a courtesy copy of the Notice of Filing and Consolidation of Related Action filed with the Court today.

                                             Respectfully submitted,

                                             Andrew W. Robertson

Enclosure

    cc:    Richard B. Brualdi, Esq. (by e-mail)

www.zsz.com