UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re BLACKROCK MUTUAL FUNDS ADVISORY FEE LITIGATION | Master File No. 3:14-cv-01165-JAP-DEA |
| TIMOTHY DAVIDSON, in His Capacity as Trustee on Behalf of WEST PUTNAM AVENUE TRUST, on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>BLACKROCK ADVISORS, LLC, BLACKROCK INVESTMENT MANAGEMENT, LLC, and BLACKROCK INTERNATIONAL LIMITED,<br><br>Defendants. | Civil Action No. 3:14-cv-02863-JAP-DEA |

**NOTICE OF MOTION OF PLAINTIFF TIMOTHY DAVIDSON TO MODIFY THE COURT'S MAY 5, 2014 ORDER DESIGNATING PLAINTIFFS' LEAD AND LOCAL COUNSEL**

PLEASE TAKE NOTICE that Plaintiff Timothy Davidson will move before the Honorable Joel A. Pisano on June 2, 2014 for an order modifying the portion of the Court's May 5, 2014 Order, entered in the action captioned *In re BlackRock Mutual Funds Advisory Fee Litigation*, Master File No. 3:14-cv-01165-JAP-DEA (the "Consolidated Action"), which designated Zwerling, Schachter & Zwerling as lead counsel for Plaintiffs and Szaferman, Lakind, Blumstein & Blader, P.C. as local counsel for Plaintiffs in the Consolidated Action.

In support of its motion, Plaintiff will rely on the attached brief.

        s/ Richard B. Brualdi
THE BRUALDI LAW FIRM P.C.
Richard B. Brualdi (RB-1304)
29 Broadway, Suite 2400
New York, NY 10006
Tel:  (212) 952-0602
Fax:  (212) 952-0608
Email:  rbrualdi@brualdilawfirm.com

Counsel for Plaintiff Timothy Davidson

Dated:  May 9, 2014