Andrew Muscato
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
(A Delaware Limited Liability Partnership)
Four Times Square
New York, New York 10036
(212) 735-3000 (Telephone)
(212) 735-2000 (Facsimile)
andrew.muscato@skadden.com

Of Counsel:
Seth M. Schwartz
Jeremy Berman
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
(A Delaware Limited Liability Partnership)
Four Times Square
New York, New York 10036
(212) 735-3000 (Telephone)
(212) 735-2000 (Facsimile)
seth.schwartz@skadden.com

*Attorneys for Defendants*
*BlackRock Investment Management, LLC,*
*BlackRock Advisors, LLC, and*
*BlackRock International Limited*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re BLACKROCK MUTUAL FUNDS ADVISORY FEE LITIGATION | Master File No. 3:14-cv-01165-JAP-DEA<br><br>Oral Argument Requested<br><br>**NOTICE OF MOTION TO DISMISS THE CONSOLIDATED COMPLAINT PURSUANT TO FED.R.CIV.P. 12(c)** |

TO:   Robert L. Lakind, Esq.
      Arnold C. Lakind, Esq.
      SZAFERMAN, LAKIND, BLUMSTEIN
        & BLADER, p.c.
      101 Grovers Mill Road, Suite 200
      Lawrenceville, NJ 08648

Robin F. Zwerling, Esq.
Jeffrey C. Zwerling, Esq.
Susan Salvetti, Esq.
Andrew W. Robertson, Esq.
ZWERLING, SCHACHTER & ZWERLING, LLP
41 Madison Avenue
New York, NY 10010

*Attorneys for Plaintiffs*
*Owen Clancy and Jack Hornstein*

David H. Wollmuth, Esq.
Wollmuth Maher & Deutsch LLP
One Gateway Center
Newark, NJ 07102

Brian J. Robbins, Esq.
Stephen J. Oddo, Esq.
Edward B. Gerard, Esq.
Justin D. Rieger, Esq.
600 B Street, Suite 1900
San Diego, CA 92101

*Attorneys for Plaintiffs Brendan Foote and Amy Fox*

COUNSEL:

PLEASE TAKE NOTICE that on July 21, 2014 or as soon as this motion may be heard, Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants BlackRock Investment Management, LLC, BlackRock Advisors, LLC and BlackRock International Limited shall move before the Honorable Joel A. Pisano, United States District Judge, in the United States District Court, District of New Jersey – Trenton Vicinage, Clarkson S. Fisher Federal Bldg. & U.S. Courthouse, 402 E. State Street, Trenton, New Jersey for an Order dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure 12(c).

PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendants shall rely upon the Memorandum of Law submitted herewith, the Consolidated Complaint and the Answer and Affirmative Defense thereto with exhibits attached and such other papers as may

2

be filed in support of and in opposition to this motion.  A proposed Order is also submitted herewith.

PLEASE TAKE FURTHER NOTICE that oral argument is hereby requested on the motion.

Dated:  June 26, 2014

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP


By: s/ Andrew Muscato
  Andrew Muscato

## CERTIFICATION OF SERVICE

I hereby certify that on June 26, 2014 I caused copies of the within Notice of

Motion to Dismiss the Consolidated Complaint Pursuant to Fed.R.Civ.P. 12(c), Memorandum of

Law and proposed form of Order to be served by e-filing upon counsel for Plaintiffs listed

below:

> Robert L. Lakind, Esq.
> Arnold C. Lakind, Esq.
> SZAFERMAN, LAKIND, BLUMSTEIN
>  & BLADER, p.c.
> 101 Grovers Mill Road, Suite 200
> Lawrenceville, NJ 08648
>
> Robin F. Zwerling, Esq.
> Jeffrey C. Zwerling, Esq.
> Susan Salvetti, Esq.
> Andrew W. Robertson, Esq.
> ZWERLING, SCHACHTER & ZWERLING, LLP
> 41 Madison Avenue
> New York, NY 10010
>
> *Attorneys for Plaintiffs*
> *Owen Clancy and Jack Hornstein*
>
> David H. Wollmuth, Esq.
> Wollmuth Maher & Deutsch LLP
> One Gateway Center
> Newark, NJ 07102
>
> Brian J. Robbins, Esq.
> Stephen J. Oddo, Esq.
> Edward B. Gerard, Esq.
> Justin D. Rieger, Esq.
> 600 B Street, Suite 1900
> San Diego, CA 92101
>
> *Attorneys for Plaintiffs Brendan Foote and Amy Fox*

Dated:  June 26, 2014

> s/ Andrew Muscato
> Andrew Muscato

4