Andrew Muscato
Seth M. Schwartz
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
(A Delaware Limited Liability Partnership)
Four Times Square
New York, New York 10036
(212) 735-3000 (Telephone)
(212) 735-2000 (Facsimile)
andrew.muscato@skadden.com
seth.schwartz@skadden.com

Donald A. Robinson
Keith J. Miller
ROBINSON, WETTRE & MILLER LLC
One Newark Center
Newark, New Jersey 07102
(973) 690-5400 (Telephone)
(973) 466-2760 (Facsimile)
drobinson@rwmlegal.com
kmiller@rwmlegal.com

*Attorneys for Defendants*
*BlackRock Investment Management, LLC and*
*BlackRock Advisors, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| In re BLACKROCK MUTUAL FUNDS ADVISORY FEE LITIGATION | Master File No. 3:14-cv-1165-FLW-DEA |
|---|---|
| | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as co-counsel in the above proceeding for defendants BlackRock Investment Management, LLC and BlackRock Advisors, LLC.  Please serve copies of all papers in this action upon the undersigned attorney at the street or email address listed below.

Dated: March 10, 2014  ROBINSON, WETTRE & MILLER LLC


By:  s/*Donald A. Robinson*
Donald A. Robinson
One Newark Center
Newark, New Jersey 07102
Tel:  (973) 690-5400
drobinson@rwmlegal.com

CERTIFICATE OF SERVICE

I certify that on March 10, 2015 I served the attached Notice of Appearance upon all counsel of record via the United States District Court's electronic filing system.

*s/Donald A. Robinson*
Donald A. Robinson
