NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| In re BLACKROCK MUTUAL FUNDS | : | Civil Action No. 14-1165 (FLW) (DEA) |
| ADVISORY FEE LITIGATION, | : | **ORDER** |
| | : | |

WOLFSON, District Judge.

**THIS MATTER** having been opened to the Court by Andrew Muscato, Esq., counsel for Defendants BlackRock Advisors, LLC ("BRA"), BlackRock Investment Management, LLC ("BRIM"), and BlackRock International Limited ("BRIL") (collectively, "Defendants" or "BlackRock") on a motion to dismiss the Consolidated Complaint filed by Plaintiffs Owen Clancy, Jack Hornstein, Brendan Foote, and Amy Fox (collectively, "Plaintiffs") pursuant to Rule 12(c); it appearing that Plaintiffs, through their attorney Robert L. Lakind, Esq., oppose the motion; the Court having reviewed the parties' submissions in connection with the motion pursuant to Fed. R. Civ. P. 78, for the reasons set forth in the Opinion filed on even date, and for good cause shown,

**IT IS**, on this 25th day of March, 2015,

**ORDERED** that the Defendants' Motion to Dismiss the Consolidated Complaint Pursuant to Rule 12(c) [ECF No. 34] is **DENIED**.

/s/ Freda L. Wolfson
FREDA L. WOLFSON, U.S.D.J.