Andrew Muscato
Seth M. Schwartz
Michael H. Gruenglas
Eben P. Colby
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
(A Delaware Limited Liability Partnership)
Four Times Square
New York, New York 10036
(212) 735-3000 (Telephone)
(212) 735-2000 (Facsimile)
andrew.muscato@skadden.com
seth.schwartz@skadden.com
michael.gruenglas@skadden.com
eben.colby@skadden.com

Donald A. Robinson
Keith J. Miller
ROBINSON MILLER LLC
One Newark Center
Newark, New Jersey 07102
(973) 690-5400 (Telephone)
(973) 466-2760 (Facsimile)
drobinson@rwmlegal.com
kmiller@rwmlegal.com

*Attorneys for Defendants*
*BlackRock Investment Management, LLC and*
*BlackRock Advisors, LLC*

RECEIVED

MAY 12 2015

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re BLACKROCK MUTUAL FUNDS ADVISORY FEE LITIGATION | Master File No. 3:14-cv-01165-FLW-TJB<br><br>**ORDER ON CONSENT GRANTING ADMISSION OF JAMES R. CARROLL, EBEN P. COLBY AND MICHAEL H. GRUENGLAS *PRO HAC VICE*** |

THIS MATTER having been brought before the Court by Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants BlackRock Investment Management, LLC, BlackRock Advisors, LLC and BlackRock International Limited, on application for an order allowing James R. Carroll, Esq., Eben P. Colby, Esq. and Michael H. Gruenglas, Esq. to appear

and participate *pro hac vice*; and the Court having considered the supporting papers; and having been advised that Plaintiffs' counsel consent to the application; and for good cause shown pursuant to Local Civil Rule 101.1(c);

IT IS on this __12th__ day of May 2015

ORDERED that the application for the admission of James R. Carroll, Esq., Eben P. Colby, Esq. and Michael H. Gruenglas, Esq. as *pro hac vice* counsel shall be, and is hereby, GRANTED; and it is further

ORDERED that James R. Carroll, Esq., a member of the Bar of the Commonwealth of Massachusetts, Eben P. Colby, Esq., a member of the Bar of the Commonwealth of Massachusetts and the State of Maine, and Michael H. Gruenglas, Esq., a member of the Bar of the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter in the United States District Court for the District of New Jersey pursuant to Local Civil Rule 101.1(c); provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Andrew Muscato, Esq., or another attorney who is a member in good standing with the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

ORDERED that, pursuant to L. Civ. R. 101.1(c) (2), James R. Carroll, Esq., Eben P. Colby, Esq. and Michael H. Gruenglas, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within

twenty (20) days from the date of the entry of this Order, enclosing with payment a completed Form PHV-10; and it is further

ORDERED that, pursuant to L. Civ. R. 101.1(c) (3), James R. Carroll, Esq., Eben P. Colby, Esq. and Michael H. Gruenglas, Esq. shall each make a payment of $150.00 on their respective admission, payable to the Clerk, United States District Court; and it is further

ORDERED that James R. Carroll, Esq., Eben P. Colby, Esq. and Michael H. Gruenglas, Esq. shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to, the provisions of Local Civil Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1, Discipline of Attorneys; and it is further

ORDERED that, pursuant to L. Civ. R. 101.1(c) (4), James R. Carroll, Esq., Eben P. Colby, Esq. and Michael H. Gruenglas, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:21-7.

HON. TONIANNE J. BONGIOVANNI
United States Magistrate Judge