## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

—

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO

DIRECT DIAL
212-735-2217
DIRECT FAX
917-777-2217
EMAIL ADDRESS
ANDREW.MUSCATO@SKADDEN.COM

June 15, 2015

By ECF
Honorable Freda L. Wolfson
United States District Judge
Clarkson S. Fisher Federal Bldg. & U.S.
Courthouse, Room 5050
402 E. State Street
Trenton, NJ 08608

    RE: In re BLACKROCK MUTUAL FUNDS
       ADVISORY FEE LITIGATION
       <u>Civil Action No. 3:14-cv-01165-FLW-TJB</u>

Dear Judge Wolfson:

  We enclose herewith for Your Honor's consideration a Stipulation and [Proposed] Order Regarding Prospective Damage Claims and Adding an Additional Plaintiff in the above-captioned matter.

  If the Stipulation and Order meets with Your Honor's approval, we respectfully request that it be entered and that your staff file a conformed copy with the CM/ECF system.

  Thank you for Your Honor's consideration of this matter.

                Respectfully yours,

                Andrew Muscato

AM:nm
Enclosure
cc: Robert L. Lakind, Esq.
   Arnold C. Lakind, Esq.
   Robin F. Zwerling, Esq.
   Andrew W. Robertson, Esq.
   Seth M. Schwartz, Esq.
   Donald A. Robinson, Esq.
   (all by email, w/enc.)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

In re BLACKROCK MUTUAL FUNDS
ADVISORY FEE LITIGATION

Civil No. 3:14-cv-01165-FLW - TJB

**STIPULATION AND [PROPOSED] ORDER
REGARDING PROSPECTIVE DAMAGE CLAIMS AND ADDING
AN ADDITIONAL PLAINTIFF**

WHEREAS, on February 21, 2014, plaintiffs Owen Clancy and Jack Hornstein filed a complaint (the "Initial Action") against defendants BlackRock Investment Management, LLC, BlackRock Advisors, LLC, and BlackRock International Limited (together, "Defendants" or "BlackRock");

WHEREAS, the Court entered an order of consolidation in this action on May 6, 2014 (the "Consolidation Order") directing that all actions related to the Initial Action that are filed in this District shall be consolidated for all purposes before this Court (the "Consolidated Action");

WHEREAS, in accordance with the Consolidation Order, Plaintiffs filed a Consolidated Complaint in this Court on May 27, 2014 in Civil Action No. 3:14-CV-01165-FLW-TJB (the "Consolidated Action");

WHEREAS, Defendants filed their answer on June 26, 2014, along with a motion to dismiss the Consolidated Complaint pursuant to FED. R. CIV. P. 12 (c) ("MTD");

WHEREAS, by Order dated March 25, 2015, the Court denied Defendants' MTD;

WHEREAS, on February 24, 2015, Plaintiffs filed a complaint (the "New Complaint") against Defendants in a new action in this Court, Civil Action No. 3:15-CV-01403-FLW-TJB (the "New Action"), based on substantially the same facts alleged in the Consolidated Complaint;

WHEREAS, as indicated on the Civil Cover Sheet, plaintiffs filed the New Complaint as a Related Case to the Consolidated Action (together the "Related Actions");

WHEREAS, Defendants' time to answer the New Complaint as extended has not expired;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties in the Related Actions through their undersigned counsel and subject to the Court's approval, as follows:

1.  Pursuant to paragraph 4 of the Consolidation Order, the New Action shall be and hereby is consolidated with the Consolidated Action for all purposes.

2.  Defendants shall not be required to answer, move against, or otherwise respond to, the New Complaint, and the Consolidated Complaint shall remain the operative complaint in the Consolidated Action.

3.  Cindy Tarchis shall be and hereby is added as an additional Plaintiff to the Consolidated Complaint.

4.  Plaintiffs shall not, and shall not be required to, file an amended Consolidated Complaint for the purpose of joining Cindy Tarchis as an additional named plaintiff in the Consolidated Action or for the purpose of pleading damages allegedly incurred after February 21, 2014, the date of filing of the Initial Action.

5.  Plaintiffs may seek: (a) discovery from Defendants regarding advisory fees received by Defendants from the BlackRock Global Allocation Fund and the BlackRock Equity Dividend Fund after February 21, 2014, and (b) an award of damages, including interest, from one year prior to the commencement of the Initial Action through the date of trial, as set forth in the Prayer for Relief in the Consolidated Complaint.

6. Plaintiff may file a supplemental pleading 60 days before trial regarding all damages claimed through the date of trial, and Defendants may plead to the supplemental pleading 30 days before trial.

Dated: June 15, 2015

Dated: June 15, 2015

By: s/Robert Lakind
Robert L. Lakind
Arnold C. Lakind
Daniel S. Sweetser
Mark A. Fisher
SZAFERMAN, LAKIND, BLUMSTEIN,
BLADER & LEHMANN, PC
101 Grovers Mill Road
Suite 200
Lawrenceville, New Jersey 08648
(609) 275-0400
alakind@szaferman.com
rlakind@szaferman.com
dsweetser@szaferman.com
mfisher@szaferman.com

Local Counsel for Plaintiffs

ZWERLING, SCHACHTER &
ZWERLING, LLP
Robin F. Zwerling
Jeffrey C. Zwerling
Susan Salvetti
Andrew W. Robertson
41 Madison Avenue
New York, New York 10010
(212) 223-3900
rzwerling@zsz.com
jzwerling@zsz.com
ssalvetti@zsz.com
arobertson@zsz.com

Robbins Arroyo, LLP
Stephen J. Oddo
Edward B. Gerard
600 B St #1900
San Diego, CA 92101
(619) 525-3990

By: s/Andrew Muscato
Andrew Muscato
Seth M. Schwartz
Michael H. Gruenglas
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
(212) 735-3000
Andrew.Muscato@skadden.com
Seth.Schwartz@skadden.com
Michael.Gruenglas@skadden.com

Eben P. Colby
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
617-573-4800
Eben.Colby@skadden.com

Donald A. Robinson
Justin T. Quinn
Keith J. Miller
ROBINSON MILLER LLC
One Newark Center
19th Floor
Newark, New Jersey 07102
(973) 446 -2760
drobinson@rwmlegal.com
jquinn@rwmlegal.com
kmiller@rwmlegal.com

Counsel for Defendants

3

soddo@robbinsarroyo.com
egerard@robbinsarroyo.com
Lead Counsel for Plaintiffs

IT IS SO ORDERED.

Dated: _____, 2015

_____
HONORABLE. FREDA L. WOLFSON
United States District Judge