UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re BLACKROCK MUTUAL FUNDS ADVISORY FEE LITIGATION | Civil No. 3:14-cv-01165-FLW - TJB |

### STIPULATION AND [PROPOSED] ORDER REGARDING PROSPECTIVE DAMAGE CLAIMS AND ADDING AN ADDITIONAL PLAINTIFF

WHEREAS, on February 21, 2014, plaintiffs Owen Clancy and Jack Hornstein filed a complaint (the "Initial Action") against defendants BlackRock Investment Management, LLC, BlackRock Advisors, LLC, and BlackRock International Limited (together, "Defendants" or "BlackRock");

WHEREAS, the Court entered an order of consolidation in this action on May 6, 2014 (the "Consolidation Order") directing that all actions related to the Initial Action that are filed in this District shall be consolidated for all purposes before this Court (the "Consolidated Action");

WHEREAS, in accordance with the Consolidation Order, Plaintiffs filed a Consolidated Complaint in this Court on May 27, 2014 in Civil Action No. 3:14-CV-01165-FLW-TJB (the "Consolidated Action");

WHEREAS, Defendants filed their answer on June 26, 2014, along with a motion to dismiss the Consolidated Complaint pursuant to FED. R. CIV. P. 12 (c) ("MTD");

WHEREAS, by Order dated March 25, 2015, the Court denied Defendants' MTD;

WHEREAS, on February 24, 2015, Plaintiffs filed a complaint (the "New Complaint") against Defendants in a new action in this Court, Civil Action No. 3:15-CV-01403-FLW-TJB (the "New Action"), based on substantially the same facts alleged in the Consolidated Complaint;

WHEREAS, as indicated on the Civil Cover Sheet, plaintiffs filed the New Complaint as a Related Case to the Consolidated Action (together the "Related Actions");

WHEREAS, Defendants' time to answer the New Complaint as extended has not expired;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties in the Related Actions through their undersigned counsel and subject to the Court's approval, as follows:

1. Pursuant to paragraph 4 of the Consolidation Order, the New Action shall be and hereby is consolidated with the Consolidated Action for all purposes.

2. Defendants shall not be required to answer, move against, or otherwise respond to, the New Complaint, and the Consolidated Complaint shall remain the operative complaint in the Consolidated Action.

3. Cindy Tarchis shall be and hereby is added as an additional Plaintiff to the Consolidated Complaint.

4. Plaintiffs shall not, and shall not be required to, file an amended Consolidated Complaint for the purpose of joining Cindy Tarchis as an additional named plaintiff in the Consolidated Action or for the purpose of pleading damages allegedly incurred after February 21, 2014, the date of filing of the Initial Action.

5. Plaintiffs may seek: (a) discovery from Defendants regarding advisory fees received by Defendants from the BlackRock Global Allocation Fund and the BlackRock Equity Dividend Fund after February 21, 2014, and (b) an award of damages, including interest, from one year prior to the commencement of the Initial Action through the date of trial, as set forth in the Prayer for Relief in the Consolidated Complaint.

6. Plaintiff may file a supplemental pleading 60 days before trial regarding all damages claimed through the date of trial, and Defendants may plead to the supplemental pleading 30 days before trial.

Dated: June 15, 2015                                Dated: June 15, 2015


By: s/Robert Lakind                                 By: s/Andrew Muscato
Robert L. Lakind                                    Andrew Muscato
Arnold C. Lakind                                    Seth M. Schwartz
Daniel S. Sweetser                                  Michael H. Gruenglas
Mark A. Fisher                                      SKADDEN, ARPS, SLATE,
SZAFERMAN, LAKIND, BLUMSTEIN,                          MEAGHER & FLOM LLP
BLADER & LEHMANN, PC                                4 Times Square
101 Grovers Mill Road                               New York, New York 10036
Suite 200                                           (212) 735-3000
Lawrenceville, New Jersey 08648                     Andrew.Muscato@skadden.com
(609) 275-0400                                      Seth.Schwartz@skadden.com
alakind@szaferman.com                               Michael.Gruenglas@skadden.com
rlakind@szaferman.com
dsweetser@szaferman.com                             Eben P. Colby
mfisher@szaferman.com                               SKADDEN, ARPS, SLATE,
                                                       MEAGHER & FLOM LLP
Local Counsel for Plaintiffs                        500 Boylston Street
                                                    Boston, Massachusetts 02116
ZWERLING, SCHACHTER &                               617-573-4800
ZWERLING, LLP                                       Eben.Colby@skadden.com
Robin F. Zwerling
Jeffrey C. Zwerling                                 Donald A. Robinson
Susan Salvetti                                      Justin T. Quinn
Andrew W. Robertson                                 Keith J. Miller
41 Madison Avenue                                   ROBINSON MILLER LLC
New York, New York 10010                            One Newark Center
(212) 223-3900                                      19th Floor
rzwerling@zsz.com                                   Newark, New Jersey 07102
jzwerling@zsz.com                                   (973) 446-2760
ssalvetti@zsz.com                                   drobinson@rwmlegal.com
arobertson@zsz.com                                  jquinn@rwmlegal.com
                                                    kmiller@rwmlegal.com
Robbins Arroyo, LLP
Stephen J. Oddo                                     Counsel for Defendants
Edward B. Gerard
600 B St #1900
San Diego, CA 92101
(619) 525-3990

3

soddo@robbinsarroyo.com
egerard@robbinsarroyo.com
Lead Counsel for Plaintiffs

IT IS SO ORDERED.

Dated: _____June    16_____, 2015

_____
HONORABLE. FREDA L. WOLFSON
United States District Judge