UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

In re BLACKROCK MUTUAL FUNDS
ADVISORY FEE LITIGATION

Civil No. 3:14-cv-01165-FLW-TJB

## STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF CLAIMS OF PLAINTIFF AMY FOX

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for the parties hereto, subject to the approval of this Court, that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, all claims alleged by plaintiff Amy Fox ("Fox") in this action shall be and hereby are voluntarily dismissed by Ms. Fox, with each party to bear its, his or her own costs.

Dated: March __, 2016

By: _____
Robert L. Lakind
Arnold C. Lakind
Daniel S. Sweetser
Mark A. Fisher
SZAFERMAN, LAKIND, BLUMSTEIN,
BLADER & LEHMANN, PC
101 Grovers Mill Road
Suite 200
Lawrenceville, New Jersey 08648
(609) 275-0400
alakind@szaferman.com
rlakind@szaferman.com
dsweetser@szaferman.com
mfisher@szaferman.com

Robin F. Zwerling
Jeffrey C. Zwerling
Susan Salvetti
Andrew W. Robertson

Dated: March 16, 2016

By: _____
Andrew Muscato
Seth M. Schwartz
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
(A Delaware Limited Liability Partnership)
4 Times Square
New York, New York 10036
(212) 735-3000
Andrew.Muscato@skadden.com
Seth.Schwartz@skadden.com

Eben P. Colby
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
617-573-4800
Eben.Colby@skadden.com
Donald A. Robinson

ZWERLING, SCHACHTER &
ZWERLING, LLP
41 Madison Avenue
New York, New York 10010
(212) 223-3900
rzwerling@zsz.com
jzwerling@zsz.com
ssalvetti@zsz.com
arobertson@zsz.com

Stephen J. Oddo
Jenny L. Dixon
Edward B. Gerard
ROBBINS ARROYO LLP
600 B Street, #1900
San Diego, California 92101
(619) 525-3990
soddo@robbinsarroyo.com
jdixon@robbinsarroyo.com
egerard@robbinsarroyo.com

*Counsel for Plaintiffs*

Justin T. Quinn
Keith J. Miller
ROBINSON MILLER LLC
One Newark Center
19th Floor
Newark, New Jersey 07102
(973) 446 -2760
drobinson@rwmlegal.com
jquinn@rwmlegal.com
kmiller@rwmlegal.com

*Counsel for Defendants*

IT IS SO ORDERED.

Dated: March 17, 2016

_____
FREDA L. WOLFSON, U.S.D.J.