UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re BLACKROCK MUTUAL FUNDS ADVISORY FEE LITIGATION | Master File No. 3:14-cv-01165-FLW-TJB |

## STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINES

WHEREAS, on May 20, 2015, the Court entered a Scheduling Order (Dkt. No. 66) establishing deadlines for fact and expert discovery in this action;

WHEREAS, pursuant to the Scheduling Order, the deadline for the parties to complete fact discovery is May 19, 2016;

WHEREAS, substantial discovery remains to be completed and cannot reasonably be completed by the current deadline of May 19, 2016;

WHEREAS, the parties have met and conferred regarding the discovery remaining to be completed and a schedule for completing such discovery;

WHEREAS, in view of the discovery remaining to be completed, the parties have agreed to extend the fact discovery deadline by 8 months from May 19, 2016 to January 19, 2017;

WHEREAS, this is the first request for an extension of the fact discovery deadline in this action; and

WHEREAS, the resulting 20-month period for fact discovery is in accordance with what has been required to complete fact discovery in other recent cases in this District involving claims under Section 36(b) of the Investment Company Act of 1940 (*see Kasilag v. Hartford Inv. Fin. Servs., LLC*, No. 11-cv-1083 (RMB) (KMW) (D.N.J.) (22 months of fact discovery);

2110034.1

*Sivolella v. AXA Equitable Life Ins. Co.*, No. 11-cv-4194 (PGS) (DEA) (D.N.J.) (18 months of fact discovery));

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties through their undersigned counsel and subject to the Court's approval, as follows:

1. The parties shall have until January 19, 2017 to complete fact discovery in this action.

2. All other deadlines set forth in the Scheduling Order remain in effect.

3. Telephone Conferences set See * [See DE # 66]

Dated: April 27, 2016

By: /s/ Robert L. Lakind
Robert L. Lakind
Arnold C. Lakind
Daniel S. Sweetser
Mark A. Fisher
SZAFERMAN, LAKIND, BLUMSTEIN,
& BLADER, PC
101 Grovers Mill Road
Suite 200
Lawrenceville, New Jersey 08648
(609) 275-0400
alakind@szaferman.com
rlakind@szaferman.com
dsweetser@szaferman.com
mfisher@szaferman.com

Robin F. Zwerling
Jeffrey C. Zwerling
Susan Salvetti
Andrew W. Robertson
ZWERLING, SCHACHTER &
ZWERLING, LLP
41 Madison Avenue
New York, New York 10010
(212) 223-3900
rzwerling@zsz.com
jzwerling@zsz.com
ssalvetti@zsz.com

Dated: April 27, 2016

By: /s/ Andrew Muscato
Andrew Muscato
Seth M. Schwartz
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
(A Delaware Limited Liability Partnership)
4 Times Square
New York, New York 10036
(212) 735-3000
Andrew.Muscato@skadden.com
Seth.Schwartz@skadden.com

Eben P. Colby
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
617-573-4800
Eben.Colby@skadden.com

Donald A. Robinson
Justin T. Quinn
Keith J. Miller
ROBINSON MILLER LLC
One Newark Center
19th Floor
Newark, New Jersey 07102
(973) 446-2760

2110034.1

arobertson@zsz.com

Stephen J. Oddo
Jenny L. Dixon
Edward B. Gerard
ROBBINS ARROYO LLP
600 B Street, #1900
San Diego, California 92101
(619) 525-3990
soddo@robbinsarroyo.com
jdixon@robbinsarroyo.com
egerard@robbinsarroyo.com

*Counsel for Plaintiffs*

drobinson@rwmlegal.com
jquinn@rwmlegal.com
kmiller@rwmlegal.com

*Counsel for Defendants*

IT IS SO ORDERED.

Dated: April 29, 2016

_____
HON. TONIANNE J. BONGIOVANNI
United States Magistrate Judge

\* Plaintiff shall initiate the telephone conferences a) July 12, 2016 at 1030 and b) September 13, 2016 at 3pm. Agenda items are to be submitted at least 5 days prior to each conference.

2110034.1