UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re BLACKROCK MUTUAL FUNDS ADVISORY FEE LITIGATION | Civil Action No. 14-1165 (FLW) (TJB) <br><br> **ORDER** |

**THIS MATTER** having been tried to the Court by Scott D. Musoff, Esq. and Eben P Colby, Esq., counsel for Defendants BlackRock Advisors, LLC ("BRA"), BlackRock Investment Management, LLC ("BRIM"), and BlackRock International Limited ("BRIL") (collectively, "Defendants"), and by Robin F. Zwerling, Esq. and Andrew W. Robertson, Esq., counsel for Plaintiffs Owen Clancy, Cindy Tarchis, and Brendan Foote (collectively, "Plaintiffs"); it appearing that the Court held a bench trial from August 20, 2018 through August 29, 2018; it appearing that on October 10, 2018, the parties submitted their proposed findings of fact and conclusions of law; it appearing that Defendants filed a Motion in Limine to Exclude the Testimony of Dr. Ian Ayres, and Plaintiffs filed a Motion to Deem Certain Facts Admitted, Uncontested or as Party Opponent Admissions; it appearing that the Court having considered the parties' submissions, testimony of witnesses, and all other evidence introduced at trial, for the reasons set forth in the Court's Bench Memorandum filed on this date, and for good cause shown,

**IT IS** on this 8th day of February, 2019,

**ORDERED** that Plaintiffs' claims are dismissed in their entirety; and it is further

**ORDERED** that Defendants' Motion in Limine to Exclude the Testimony of Dr. Ian Ayres (ECF No. 162) is **DENIED**; and it is further

**ORDERED** that Plaintiffs' Motion to Deem Certain Facts Admitted, Uncontested or as Party Opponent Admissions (ECF No. 165) is **DENIED**; and it is further

2

**ORDERED** that an unredacted version of this Court's Bench Memorandum shall be filed under seal, and that, in accordance with Local Civil Rule 5.3, the parties' shall submit a joint submission, within thirty (30) days of this Order, indicating the portions of this Court's Bench Memorandum that they seek to have redacted, as well as a statement of reasons as to why each redaction is necessary; and it is further

**ORDERED** that the Clerk of the Court is directed to mark this case **CLOSED**.

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson
United States District Judge