UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re BLACKROCK MUTUAL FUNDS ADVISORY FEE LITIGATION | Civil Action No. 3:14-cv-01165-FLW-TJB |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Owen Clancy, Cindy Tarchis and Brendan Foote, on behalf of the BlackRock Global Allocation Fund and the BlackRock Equity Dividend Fund, appeal to the United States Court of Appeals for the Third Circuit from:

(1) that portion of the June 13, 2018 Opinion and Order (Dkt. Nos. 147, 148) of the United States District Court, District of New Jersey, which (a) granted partial summary judgment in favor of Defendants and against Plaintiffs on the issue of the Board approval process (Opinion (Dkt. No. 147) at 30-42, 79), and (b) limited Plaintiffs to a "comparative theory of profitability" at trial (*id*. at 73-79); and

(2) the February 8, 2019 Bench Memorandum and Order (Dkt. Nos. 198, 199) entering final judgment in favor of Defendants and against Plaintiffs.

Dated:  March 8, 2019                                By:  /s/ Arnold C. Lakind

**SZAFERMAN, LAKIND,**
**BLUMSTEIN & BLADER, P.C.**
Robert L. Lakind
Arnold C. Lakind
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
Tel: (609) 275-0400
Fax: (609) 275-4511

*Local Counsel for Plaintiff*

**ZWERLING, SCHACHTER & ZWERLING,** LLP
Robin F. Zwerling
Jeffrey C. Zwerling
Susan Salvetti
Andrew W. Robertson
41 Madison Avenue
New York, NY 10010
Tel: (212) 223-3900
Fax: (212) 371-5969

*Lead Counsel for Plaintiffs*

**ROBBINS ARROYO LLP**
Stephen J. Oddo
600 B Street, Suite 1900
San Diego, CA 92101
Tel: (619) 525-3990
Fax: (619) 525-3991

*Counsel for Plaintiff Brendan Foote*

## CERTIFICATE OF SERVICE

This is to certify that on March 8, 2019, the within Notice of Appeal was filed with the Clerk of the United States District Court for the District of New Jersey using the CM/ECF system, which will automatically provide notice to all counsel of record.

/s/ Arnold C. Lakind